UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAY R. GREESON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:23-cv-01256-GCS |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM & ORDER

**SISON, Magistrate Judge:**

Defendant having filed an Agreed Motion to Reverse and Remand (Doc. 26) for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), due notice given, and the Court advised in the premises, the Court orders the following:

1. Defendant's Agreed Motion to Reverse and Remand (Doc. 26) for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) is granted.

2. The Clerk will enter judgment, reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act (Act), 42 U.S.C. § 405(g), with remand to the Commissioner for further administrative proceedings.

3. Upon receipt of this Court's order, the Appeals Council will remand the matter to an Administrative Law Judge ("ALJ") for a new decision. On remand, the ALJ will proceed through the sequential disability evaluation process as appropriate.

IT IS SO ORDERED.

DATED:  January 17, 2024.

Digitally signed by Judge Sison
Date: 2024.01.17 13:25:08 -06'00'

**GILBERT C. SISON**
**United States Magistrate Judge**